MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415)882-9287
email@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>SPIROS D.VASILATOS individually and dba SPIROS D. VASILATOS PAINTING, BLUE SKIES PAINTING, a California Partnership,<br><br>Defendants. | CASE NO.: C 06-4627 MHP<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiffs hereby request that the Case Management Conference, currently scheduled for November 27, 2006, be continued for approximately 60 days.

The defendants in this action have failed to answer, and default has been entered. Plaintiffs were in the process of preparing a Motion for Default Judgment, when defendants expressed interest in possibly resolving this matter. In an effort to conserve fees and costs, plaintiffs have temporarily ceased preparation of the Motion and are requesting that the Case Management Conference be continued. This matter will either be resolved by settlement, or by Motion if negotiations are unsuccessful.

//

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
C 06-4627 MHP

1  The 60 day continuance will allow settlement negotiations to continue. In the event that this
2  matter is not resolved within that period, plaintiffs will file their Motion for Default Judgment.
3  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled
4  action, and that the foregoing is true of my own knowledge.
5  Executed this 16th day of November, 2006, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: /s/ Michele R. Stafford
Michele R. Stafford
Attorneys for Plaintiffs

11  IT IS SO ORDERED.
12  The currently set Case Management Conference is hereby continued to February 5, 2007
13  at 4:00 P.M.

14  Date: 11/24/6

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

Marilyn H. Patel
United States District Judge

REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
C 06-4627 MHP

2

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On November 16, 2006, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

XXX **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

_____ **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

_____ **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

_____ **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Trevor J. Zink, Esq.
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of November 2006 at San Francisco, California.

*/s/ Brandie Muller*
BRANDIE L. MULLER