MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94l05
Telephone: (4l5) 882-7900
Facsimile: (415)882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>SPIROS D. VASILATOS individually and dba SPIROS D. VASILATOS PAINTING, BLUE SKIES PAINTING, a California Partnership,<br><br>Defendants. | CASE NO.: C 06-4627 MHP<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiffs hereby request that the Case Management Conference, currently scheduled for January 29, 2007, be continued for approximately 60 days.

The defendants in this action have failed to answer, and default has been entered. Plaintiffs were in the process of preparing a Motion for Default Judgment, when defendants expressed interest in possibly resolving this matter.

Defendants submitted declarations for Plaintiffs' review, which are to be considered by Plaintiff Trustees. The parties are in the process of discussing a possible resolution based on those declarations.

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**
C 06-4627 MHP

1  In an effort to conserve fees and costs, plaintiffs have temporarily ceased preparation of the
2  Default Motion and are requesting that the Case Management Conference be continued.for 60 days.
3  This matter will either be resolved by settlement, or by Motion if current negotiations prove
4  unsuccessful.
5  A 60 day continuance will allow settlement negotiations to conclude, or Plaintiffs' motion
6  to be filed.  In the event that this matter is not resolved within that period, plaintiffs will file their
7  Motion for Default Judgment.
8  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled
9  action, and that the foregoing is true of my own knowledge.
10  Executed this 18th day of January, 2007, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:         /s/
Muriel B. Kaplan
Attorneys for Plaintiffs

16  IT IS SO ORDERED.
17  The currently set Case Management Conference is hereby continued to   March 19, 2007
18  at  4:00 p.m.

19  Date:   1/19/07

Marilyn Hall Patel
United States District Court Judge

**PROOF OF SERVICE**
**CASE NO.: C 06-6808 CRB**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 18, 2007, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

**XXX**  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business address(es) set forth below, in a sealed envelope fully prepared.

___  **FACSIMILE**, by causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___  **UPS**, for delivery the following business day by placing same for collection by UPS to the business address(es) set forth below.

___  **PERSONAL DELIVERY**, by placing said document in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Trevor Zink
Sweeny, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this January 18, 2007, at San Francisco, California.

_____/s/_____
Tamra Brown